UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> ROLLIE EXCAVATING & CEMENT FINISHING, INC., <br><br> Defendant. | Cause No. 3:20-cv-00419-MAB |

## STATUS REPORT

COME NOW Plaintiffs, by undersigned Counsel, and state as follows:

1. On September 22, 2021, Counsel for Plaintiffs received notice that Rollie Concrete Incorporated, f/k/a Rollie Excavating & Cement Finishing, Inc., the Defendant in this matter, has voted to liquidate and dissolve pursuant to Illinois law. A copy of the notice is attached hereto as **Exhibit A**.

2. Plaintiff Funds' Trustees meet again before the end of 2021, at which time Counsel for Plaintiffs will address the dissolution and its impact on this litigation.

3. In that the deadline for claims submission in the dissolution is January 17, 2022, Plaintiffs request through January 31, 2022 in which to file a notice of dismissal, or an additional *Status Report*.

Respectfully Submitted,

CAVANAGH & O'HARA LLP


/s/ James R. Kimmey
JAMES R. KIMMEY, ARDC 6314932
101 W. Vandalia St., Suite 245
Edwardsville, IL 62025
(618) 692-5250 – Telephone
(618) 692-5254 – Facsimile
jaykimmey@cavanagh-ohara.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing "*Status Report*" was filed using the Court's CM/ECF system on September 22, 2021, and further that a copy of the same was placed in the United States Mail, First Class postage prepaid for service upon the following non-participants in electronic filing: William J. Niehoff, Esq., Mathis, Marifian & Richter, Ltd., 23 Public Sq., Suite 300, Belleville, IL 62220 and Christina A. Peters, Esq., Mathis, Marifian & Richter, Ltd., 23 Public Sq., Suite 300, Belleville, IL 62220.

*/s/ James R. Kimmey*
(618) 692-5250